**Fatimah MUHAMMAD, Petitioner**

v.

**Amjad ALI, M.D., Respondent**

**No. 260 WAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.